| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>05-CV-201<br>Date of Filing:<br>02/16/2015 | ELECTRONICALLY FILED<br>2/16/2015 12:08 PM<br>05-CV-2015-900204.00<br>CIRCUIT COURT OF<br>BALDWIN COUNTY, ALABAMA<br>JODY WISE CAMPBELL, CLERK |

## GENERAL INFORMATION

IN THE CIRCUIT OF BALDWIN COUNTY, ALABAMA
MARGARET TURNER MCDONALD v. PROGRESSIVE SPECIALTY INSURANCE COMPANY

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonnes
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP-Contempt of Court
- ☐ CONT-Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD-Eviction Appeal/Unlawfyul Detainer
- ☐ FORJ-Foreign Judgment
- ☐ FORF-Fruits of Crime Forfeiture
- ☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB-Protection From Abuse
- ☐ FELA-Railroad/Seaman (FELA)
- ☐ RPRO-Real Property
- ☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP-Workers' Compensation
- ☑ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ Yes  ☑ No

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** HAR241    2/16/2015 12:08:07 PM    /s/ CHARLES ANDREW HARRELI

**MEDIATION REQUESTED:**   ☐ Yes  ☑ No  ☐ Undecided


EXHIBIT A

ELECTRONICALLY FILED
2/16/2015 12:08 PM
05-CV-2015-900204.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| MARGARET TURNER MCDONALD, | * | |
| Plaintiff, | * | |
| v. | * | CASE NO.: 05-CV-2015-_____ |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## COMPLAINT

### PARTIES

1. The Plaintiff, Margaret Turner McDonald, is a resident of Baldwin County, Alabama, who is over the age of nineteen.

2. The Defendant, Progressive Specialty Insurance Company, is, upon information and belief, an Ohio business entity that is engaged in the business of selling auto insurance policies in the State of Alabama.

### FACTUAL ALLEGATIONS

3. The Defendant issued an auto insurance policy (the "Policy") to the Plaintiff, providing in part that the Plaintiff would be covered against uninsured/underinsured motorists for up to $25,000.00 per each person or $50,000.00 each accident. (A copy of the insurance policy declarations page is attached hereto as Exhibit "A.")

4. On or about June 5, 2011, Kimberly Wells drove the vehicle she was operating on Alabama Highway 180, a/k/a Fort Morgan Road, in Gulf Shores, Alabama, into the rear of a vehicle being operated by Plaintiff, causing the Plaintiff to suffer the following injuries and damages, among others: (a) injuries to the muscles, tendons and ligaments of her neck; (b) injuries to the cervical

and/or thoraco-cervical regions of the neck; (c) she was made sore and lame; (d) she was bruised and contused over various portions of her body; (e) she was caused to undergo medical care and treatment for her injuries and will be caused to undergo further such medical care and treatment for her injuries in the future; and (f) she was caused to suffer severe physical pain and mental anguish, still so suffers and will so suffer in the future.

5. The Plaintiff filed suit against Ms. Wells as a result of her injuries on June 3, 2013.

6. The Plaintiff settled her case with Ms. Wells on March 5, 2014. However, at the time her case with Ms. Wells was settled, the Plaintiff was still undergoing medical treatment, has continued to undergo medical treatment and will continue to receive medical treatment for the foreseeable future.

7. As such, the insurance proceeds received from Ms. Wells was insufficient to cover the Plaintiff's medical expenses.

8. The Defendant was apprised of the Plaintiff's litigation with Ms. Wells throughout the course of the litigation and was informed prior to the Plaintiff's mediation with Ms. Wells prior to such mediation.

9. On May 15, 2014, the Plaintiff filed a claim (the "Claim") with the Defendant under the uninsured/underinsured motorist provisions of the Policy.

10. The Defendant intentionally refused to pay the Claim under the Policy and denied the Claim without lawful justification.

11. The Defendant's refusal to pay the Claim was not based upon any reasonably, legitimate, arguable, or debatable reason.

12. The Defendant knew that there was no legitimate, arguable or debatable reason for

denying the claim when the Defendant refused to pay the Claim.

13. The Defendant intentionally failed to determine whether or not there was any lawful basis for its refusal to pay the Claim.

## COUNT I
## BREACH OF CONTRACT

14. The Plaintiff hereby incorporates by reference all allegations contained in Paragraphs 1 through 13 hereof as if fully stated herein.

15. The Plaintiff complied with the terms of the Policy in making the Claim.

16. The Defendant breached the Policy by failing to pay the Claim.

17. As a proximate result of the Defendant's breach of contract, the Plaintiff has been damaged and will continue to suffer damages in the future.

WHEREFORE, the Plaintiff demands against the Defendant for compensatory damages in an amount to be determined by the Court, but not to exceed $74,999.99, plus the costs of this action; and Plaintiff further demands such other, further or different relief as may be just and proper.

## COUNT II
## BAD FAITH

17. The Plaintiff hereby incorporates by reference all allegations contained in Paragraphs 1 through 16 hereof as if fully stated herein.

18. The Defendant acted in bad faith in refusing to pay the Claim.

19. As a proximate result of the Defendant's bad faith, the Plaintiff has been damaged and will continue to suffer damages in the future.

20. The Plaintiff claims punitive damages of the Defendant.

WHEREFORE, the Plaintiff demands against the Defendant for compensatory damages and

punitive damages in amounts to be determined by the Court, but not to exceed $74,999.99, plus the costs of this action; and the Plaintiff further demands such other, further or different relief as may be just and proper.

          Respectfully submitted,

          /s/ C. Andrew Harrell, Jr.
          C. Andrew Harrell, Jr. (HAR241)
          Attorney for Plaintiff

OF COUNSEL:

C. Andrew Harrell, Jr., P.C.
P. O. Box 4850
Gulf Shores, AL 36547
251-968-1555
cah@harrellandwhetstone.com

**PLEASE SERVE THE SUMMONS AND COMPLAINT TO THE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:**

Progressive Specialty Insurance Company
C T Corporation System
2 North Jackson St., Suite 605
Montgomery, AL 36104

Exhibit A

BEST INS AGCY LLC
PO BOX 67
TRUSSVILLE, AL 35173

ELECTRONICALLY FILED
2/16/2015 12:08 PM
05-CV-2015-900204.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

**Policy Number:** 75908853
Underwritten by:
Progressive Specialty Insurance Co
March 14, 2014
Policy Period: Apr 10, 2014 - Oct 10, 2014
Page 1 of 2

DAVID P MCDONALD SR

**1-205-655-2128**
BEST INS AGCY LLC
Contact your agent for personalized service.

**progressiveagent.com**
Online Service
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance Coverage Summary
## This is your Renewal Declarations Page

The coverages, limits and policy period shown apply only if you pay for this policy to renew.

Your coverage begins on April 10, 2014 at 12:01 a.m. This policy expires on October 10, 2014 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle. The policy contract is form 9610A AL (08/05). The contract is modified by forms Z357 (01/07), Z445 AL (04/07), Z538 (10/08), Z602 AL (11/09) and 4884 (10/08).

## Drivers and household residents

| | Additional information |
|---|---|
| David P Mcdonald SR | Named insured |
| Margaret J Mcdonald | |
| David P Mcdonald JR | |

## Outline of coverage

**1999 CHRYSLER TOWN & COUNTRY**
VIN 1C4GP64L1XB577944
Primary use of the vehicle: Pleasure

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $204 |
|   Bodily Injury Liability | $250,000 each person/$500,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| Uninsured/Underinsured Motorist | $25,000 each person/$50,000 each accident | | 35 |
| Medical Payments | $1,000 each person | | 5 |
| Total premium for 1999 CHRYSLER | | | $244 |

Form 6489 AL (11/04)

Continued

Policy Number: 75908853
David P Mcdonald SR
Page 2 of 2

**2006 CHEVROLET SILVERADO C2500K2500**
VIN 1GCHC29D26E146827
Primary use of the vehicle: Pleasure

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $333 |
|   Bodily Injury Liability | $250,000 each person/$500,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| Uninsured/Underinsured Motorist | $25,000 each person/$50,000 each accident | | 42 |
| Medical Payments | $1,000 each person | | 5 |
| Comprehensive | Actual Cash Value | $250 | 108 |
| Collision | Actual Cash Value | $250 | 159 |
| Total premium for 2006 CHEVROLET | | | **$647** |

**1997 TOYOTA TERCEL**
VIN JT2AC52L5V0238636
Primary use of the vehicle: Pleasure

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $167 |
|   Bodily Injury Liability | $250,000 each person/$500,000 each accident | | |
|   Property Damage Liability | $100,000 each accident | | |
| Uninsured/Underinsured Motorist | $25,000 each person/$50,000 each accident | | 39 |
| Medical Payments | $1,000 each person | | 5 |
| Total premium for 1997 TOYOTA | | | **$211** |
| **Total 6 month policy premium** | | | **$1,102.00** |
| Discount if paid in full | | | -186.00 |
| **Total 6 month policy premium if paid in full** | | | **$916.00** |

## Premium discounts

| Policy | |
|---|---|
| 75908853 | Three-Year Safe Driving Bonus, Home Owner, Multi-Car, Continuous Insurance; Diamond and Five-Year Accident Free |

| Driver | |
|---|---|
| D███ M████ JR | Good Student, Minor Child and Violation Leniency |

## Failure to Pay Renewal Premium

If you do not pay the minimum amount due on or before the due date, your coverage will end on April 10, 2014. However, if your payment is received or postmarked by July 9, 2014, we will renew your policy with a lapse in coverage. Your coverage will be renewed the day after your payment is received or postmarked.

## Company officers

*[signature]*

Secretary

Form 6489 AL (11/04)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>05-CV-2015-900204.00 |
|---|---|---|

IN THE CIRCUIT COURT OF BALDWIN COUNTY
MARGARET TURNER MCDONALD V. PROGRESSIVE SPECIALTY INSURANCE COMPANY

NOTICE TO  PROGRESSIVE SPECIALTY INSURANCE COMPANY, 2 NORTH JACKSON ST. SUITE 605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CHARLES ANDREW HARRELL, JR. JR.
WHOSE ADDRESS IS POST OFFICE BOX 4850, GULF SHORES, AL 36547

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   MARGARET TURNER MCDONALD
pursuant to the Alabama Rules of the Civil Procedure

Date  2/16/2015 12:07:31 PM     /s/ JODY WISE CAMPBELL
Clerk/Register
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

☑ Certified Mail is hereby requested    /s/ CHARLES ANDREW HARRELL, JR. JR.
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County, Alabama on _____ (Date)

Date                          Server's Signature                     Address of Server

Type of Server                Server's Printed Name

                                                                     Phone Number of Server

| State of Alabama Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL -<br>ORIGINAL | Case Number:<br>05-CV-2015-900204.00<br>ORIGINAL |
|---|---|---|

IN THE CIRCUIT COURT OF BALDWIN COUNTY
MARGARET TURNER MCDONALD V. PROGRESSIVE SPECIALTY INSURANCE COMPANY

PROGRESSIVE SPECIALTY INSURANCE COMPANY, 2 NORTH JACKSON ST. SUITE 605, MONTGOMERY, AL 36104

**NOTICE TO**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CHARLES ANDREW HARRELL, JR. JR.
WHOSE ADDRESS IS POST OFFICE BOX 4850, GULF SHORES, AL 36547

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of  MARGARET TURNER MCDONALD
pursuant to the Alabama Rules of the Civil Procedure

Date  2/16/2015 12:07:31 PM    /s/ JODY WISE CAMPBELL
Clerk/Register
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

☑ Certified Mail is hereby requested    /s/ CHARLES ANDREW HARRELL, JR. JR.
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____

Date _____  Server's Signature _____

Type of Server _____  Server's Printed Name _____

05-CV-2015-
MARGARET TURNER MCDONALD V. PROGRESSIVE

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
OFFICIAL USE

Postage $ _____
Certified Fee _____
Return Receipt Fee (Endorsement Required) _____
Restricted Delivery Fee (Endorsement Required) _____
Total Postage & Fees $ _____
Postmark Here

Sent To _____
Street & Apt. No., or PO Box No. _____
City, State, ZIP+4 _____

PS Form 3800, July 2014    See Reverse for Instructions

C001 - MARGARET TURNER MCDONALD    v.    D001 - PROGRESSIVE SPECIALTY INSURANCE COMPANY
Plaintiff    Defendant

**SERVICE RETURN**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signed] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 2-23-15 |
| 1. Article Addressed to:<br><br>Progressive Specialty Ins. Co.<br>2 North Jackson Street<br>Suite 605<br>Montgomery, AL 36104<br><br>CV-15-900204 (Dso) | D. Is delivery address different from item 1? ☐ Yes ☐ No<br><br>CIRCUIT COURT<br>BALDWIN COUNTY, AL<br>FILED<br>FEB 26 2015<br>JODY W. CAMPBELL<br>CIRCUIT COURT CLERK<br><br>3. Service Type<br>☒ Certified Mail   ☐ Priority Mail Express™<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 2870 0001 3001 0181 |

PS Form 3811, July 2013   Domestic Return Receipt



AlaFile E-Notice

05-CV-2015-900204.00

Judge: J LANGFORD FLOYD

To: HARRELL CHARLES ANDREW JR
cah@harrellmonaghan.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MARGARET TURNER MCDONALD V. PROGRESSIVE SPECIALTY INSURANCE COMPANY
05-CV-2015-900204.00

The following matter was served on 2/23/2015

**D001 PROGRESSIVE SPECIALTY INSURANCE COMPANY**

CERTIFIED MAIL

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-9561
jody.campbell@alacourt.gov