IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET TURNER MCDONALD, | * |
| Plaintiff, | * |
| v. | * Case No.: 1:15-cv-00158 |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | * |
| Defendant. | * |

### STIPULATION OF DISMISSAL

COME NOW all parties to this matter and stipulate that the entirety of this case has been settled, by compromise settlement, and is due to be dismissed, with prejudice, with each party to bear his or her own costs and expenses.

_____
C. ANDREW HARRELL, JR.
Attorney for Plaintiff

*OF COUNSEL*:
C. ANDREW HARRELL, JR., P.C.
Post Office Box 4850
Gulf Shores, AL 36547

_____
ALEX L. HOLTSFORD, JR. (ASB-9586-D62A)
JAY S. TULEY (ASB-1899-U84J)
Attorneys for Progressive Specialty Insurance Company

*OF COUNSEL*:
HOLTSFORD, GILLILAND,
HIGGINS, HITSON & HOWARD, P.C.
Post Office Box 4128
Montgomery, AL 36103-4128