### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARGARET TURNER MCDONALD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 15-0158-CG-M** |
| | ) | |
| **PROGRESSIVE SPECIALTY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

The parties having filed a Stipulation of Dismissal (Doc. 13) this date, all claims in this cause are hereby **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear her or its own costs.

**DONE and ORDERED** this 8th day of December, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE